UNITED STATES BANKRUPTCY COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRY L. MATHIS ) | Case No.13-31953 |
| TAMMY J. MATHIS ) | Chapter 13 |
| ) | |
| Debtor ) | |
| _____) | |

**MOTION TO CERTIFICATE OF NONCOMPLIANCE
AND REINSTATE AUTOMATIC STAY**

COMES NOW the Counsel for the Debtors, and for his Motion does states as follows:

1. That Debtors filed a Chapter 13 Bankruptcy on May 10, 2013;

2. That a Motion for Relief from Stay was filed on Behalf of Wells Fargo Home Bank, NA on October 25, 2013;

3. That an Agreed Order resolving the Motion for Relief was entered on December 3, 2013;

4. That on March 3, 2014, counsel for Wells Fargo Bank NA filed a Notice of Non-Compliance stating that the post petition payment due on February 1, 2014 had not been paid;

5. That Debtors had submitted said February 1, 2014 payment on February 27, 2014 (see attached statedment from Wells Fargo Home Mortgage);

Therefore, Debtors respectfully request this Honorable Court to enter the attached Order Vacating the Certificate of Non-Compliance filed on behalf of Wells Fargo Bank NA, and reinstate the automatic stay in reference to the creditor Wells Fargo Bank NA.

__/s/_____
THOMAS P. SHREVE
Attorney for Debtors
200 South Main Street
Elizabethtown, KY 42701
(270) 737-1125

**CERTIFICATION**

I do hereby certify that on June 12, 2014, a true and correct copy of the foregoing was served upon the Debtor, Terry & Tammy Mathis; the Trustee, William W. Lawrence; and to all creditors listed on the mailing matrix, via U.S. Mail or electronic mailing.

__/s/_____
THOMAS P. SHREVE