UNITED STATES BANKRUPTCY COURT
for the
WESTERN DISTRICT OF KENTUCKY

IN RE:                                              )
                                                    )
TERRY L. MATHIS                                     )    Case No.13-31953
TAMMY J. MATHIS                                     )    Chapter 13
                                                    )
Debtor                                              )
_____)

**<u>ORDER</u>**

UPON MOTION of the Debtor, by Counsel, and the Court being otherwise duly advised,

It is hereby ORDERED that the Certificate of Non-Compliance entered on March 3, 2013 is hereby VACATED  and the automatic stay is reinstated in relation to Wells Fargo Bank NA.

TENDERED BY:

_/s/_____
THOMAS P. SHREVE
Counsel for Debtors
200 South Main Street
Elizabethtown, KY 42701
(270) 737-1125