

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

Statement date 05/06/14
Loan number 0157942665
Property address
1044 TUNNEL HILL ROAD
ELIZABETHTOWN KY 42701

### Customer Service

Online: wellsfargo.com
Fax: 1-866-278-1179
Telephone: 1-800-274-7025

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 7 a.m. - 8 p.m CT

Payments
PO Box 5296
Carol Stream IL 60197

We accept telecommunications relay service calls.

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

1MB    04350/004350/005591 0014  2 ACRKGP 708

TERRY L MATHIS
TAMMY J MATHIS
1044 TUNNEL HILL ROAD
ELIZABETHTOWN, KY 42701-8066

The summaries below are based on the terms of your loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---:|
| Principal | $261.41 |
| Interest | $476.91 |
| Escrow | $131.07 |
| Current monthly payment 06/01/14 | $869.39 |
| Unpaid payment(s) 11/01/13 - 05/01/14 | $6,040.55 |
| Unpaid late charge(s) | $369.20 |
| Other charges | $340.00 |
| **Total Payment** | **$7,619.14** |

### Balance summary

| | |
|---|---:|
| Unpaid principal balance[2] | $144,878.34 |
| Unapplied funds balance[3] | $98.34 |
| Escrow balance | $85.28 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] | 4.000% |
| Maturity date | 05/40 |

### Year to date summary[5]

| | |
|---|---:|
| Total received* | $3,447.44 |
| Principal | $1,013.12 |
| Interest | $1,940.16 |
| Escrow | $494.16 |

*This total may include the Unapplied funds balance from the Balance summary section.

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Important messages

This statement is for informational purposes only. Our records indicate that your loan is subject to bankruptcy. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy case. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---:|---:|---:|---:|---|
| 05/06 | Payment | | $254.54 | $483.78 | $123.54 | Unapplied $861.86- |
| 04/30 | Funds received | $861.86 | | | | Unapplied $861.86 |
| 03/31 | Payment | | $253.70 | $484.62 | $123.54 | Unapplied $861.86- |
| 03/28 | Funds received | $861.86 | | | | Unapplied $861.86 |
| 03/07 | Funds received | $26.85 | | | | Unapplied $26.85 |
| 03/07 | Funds received | $32.06 | | | | Unapplied $32.06 |
| 02/28 | Payment | | $252.86 | $485.46 | $123.54 | Unapplied $861.86- |
| 02/27 | Funds received | $861.86 | | | | Unapplied $861.86 |
| 02/07 | Funds received | $17.97 | | | | Unapplied $17.97 |
| 02/07 | Funds received | $21.46 | | | | Unapplied $21.46 |
| 02/04 | Payment | | $252.02 | $486.30 | $123.54 | Unapplied $861.86- |
| 01/31 | Funds received | $861.86 | | | | Unapplied $861.86 |
| 11/18 | Payment | | $250.34 | $487.98 | $123.82 | Unapplied $1,723.72- |
| 11/18 | Payment | | $251.18 | $487.14 | $123.26 | |

Continued on the next page

TRA3-S-004350/005591 ACRKGP S1-ET-M1-C001 1